**Order entered February 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00533-CR
## No. 05-22-00534-CR

**FELICIANO ROLMAN JUAREZAGUILAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-25280-N, F20-25305-N**

## ORDER

Appellant's third motion for extension of time to file appellant's brief is

**GRANTED**, and we **ORDER** appellant's brief filed on or before **FEBRUARY**

**21, 2023**.

/s/     DENNISE GARCIA
JUSTICE